## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Bankruptcy Case No.** |
| Lateshia Antoinette Koonce, | ) | |
| | ) | **13 B 09905** |
| Debtor. | ) | |
| | ) | |
| | ) | |

## CERTIFICATE OF MAILING

I, Freddie Nelson, certify that on March 28, 2013, I caused copies of the attached **Order On Debtor's Application For Waiver Of Chapter 7 Filing fee** to be served to the parties listed below via First Class Mail(**) and/or electronically via the Court's electronic notification system:

Lateshia Antoinette Koonce(**)
6240 W. Irving Pk
Chicago, IL 60634

Robert B. Katz, ESQ
Law offices of Robert B. Katz.
53 West Jackson Blvd.
Chicago, IL 60604

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn St.
Room 873
Chicago, IL 60604

Freddie Nelson
Relief Courtroom Deputy